_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**June 17, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | | |
|---|---|---|
| In re: | ) | BK-S-10-33774-LED |
| | ) | Chapter 7 |
| JAIMEE YOSHIZAWA, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| RICHARD JACKSON; DANIELLE JACKSON, | ) | |
| | ) | Adv. Proceeding No.: 14-1035-LED |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAIMEE YOSHIZAWA, | ) | **Date:      June 30, 2014** |
| | ) | **Time:      1:30 p.m.** |
| Defendant. | ) | |
| _____ | ) | |

**ORDER REGARDING SCHEDULING CONFERENCE**

Good cause appearing:

IT IS HEREBY ORDERED that the scheduling conference currently scheduled for June 23, 2014 at 1:30 p.m. is rescheduled for **June 30, 2014 at 1:30 p.m.**, in the courtroom of Bankruptcy Judge Laurel E. Davis, Courtroom #3, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS.

IT IS SO ORDERED.

///

Copies sent to:

BNC MAILING MATRIX

CM/ECF ELECTRONIC FILING

# # #