# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

Bankruptcy Case Number <u>10-33774-led</u>
Adversary Case Number <u>14-01035-led</u>

In re:
    JAIMEE YOSHIZAWA,
                     Debtor(s)

    Richard Jackson, et al
                     Plaintiff(s)

    JAIMEE YOSHIZAWA, et al
                     Defendant(s)

Hearing Date: 6/23/2014
Hearing Time: 1:30 PM

I, ___Eric Siegler___, certify that I am, and at all times during the service of process, was
    (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on ___May 20, 2014___ by:
    (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at: Acceptance of Service as attached.

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows:
(Describe briefly)                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __5-25-14__                  Signature: _[signed]_

Print Name: __Eric Siegler__
Business Address: __415 S. 6th St Suite 300__
City: __Las Vegas__    State: __NV__    Zip: __89101__